HENRY BENTE, APPELLANT, v. NEWTON A. K. BUGBEE, COMPTROLLER, ETC., RESPONDENT.

Argued February 9, 1927—Decided May 16, 1927.

On appeal from the Supreme Court, whose *per curiam* is printed in 4 *N. J. Mis. R.* 701.

For the appellant, *J. Emil Walscheid.*

For the respondent, *Edward L. Katzenbach,* attorney-general.

PER CURIAM.

The judgment will be reversed, for the reasons stated in the opinion in the case of Margaretha Bente, appellant, against the same respondent, No. 48 of the present term. *Ante, p.* 608.

*For affirmance*—BLACK, DEAR, JJ.    2.

*For reversal*—THE CHANCELLOR, CHIEF JUSTICE, PARKER, KALISCH, CAMPBELL, VAN BUSKIRK, KAYS, HETFIELD, JJ.    8.